**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAZZMA LATISHA L., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | Case No. CV 21-00683-AS <br><br> **JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: August 22, 2022

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

1